United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 10, 2023

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re: Saba Wine Holdings, Inc.

**Debtor(s)**

Case No.: 23–32629

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/10/23

_____
Christopher M. Lopez
United States Bankruptcy Judge